Marc Days, CA Bar #184098
Days Law Firm
2300 Tulare Street, Suite 240
Fresno, California 93721
Telephone: (559) 708-4844

Attorney for Defendant,
ANTHONY LESTER

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 14-cr-00236 DAD |
| Plaintiff, | [PROPOSED] ORDER GRANTING DEFENDANT'S APPLICATION FOR SUBPOENA PURSUANT TO FED. R. CRIM. P. 17(c) |
| v. | |
| ANTHONY LESTER | |
| Defendant. | Judge: Hon. Dale A. Drozd |

The Defendant's Application for Subpoena Pursuant to Fed. R. Crim. P. 17(c) IS HEREBY GRANTED authorizing issuance of a subpoena for production of items before trial pursuant to Rule 17(c), to the Custodian of Records for Highlands Diversified, Inc. ("Highlands"), 5114 E. Clinton Way, Suite 111, Fresno, CA. 93727 for production, to the Court's chambers no later than March 25, 2016, of the following records:

1) Highlands' physical count adjustment report, for each month, from October 2010 through December 2011;

2) Highlands' inventory receipt reports from October 2010 through December 2011;

3) Highlands' physical count worksheet reports from October 2010 through December 2011;

4) Invoices from American Products to Highlands from October 2010 through December 2011;

5) Shipping labels for packages sent from American Products to Highlands;

6) Shipping labels for packages sent from Highlands to American Products.

IT IS SO ORDERED.

    Dated: February    , 2016

                                                 DALE A. DROZD
                                                 United States District Court Judge