BENJAMIN B. WAGNER
United States Attorney
PATRICK R. DELAHUNTY
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>v.<br><br>ANTHONY LESTER,<br><br>                Defendant. | CASE NO. 1:14-CR-00236-DAD-BAM<br><br>STIPULATION AND ORDER REGARDING TRIAL CONTINUANCE<br><br>TRIAL DATE: June 14, 2016<br>TIME: 8:30 a.m.<br>COURT: Hon. Dale A. Drozd |

     The United States of America, by and through its attorneys, Benjamin B. Wagner, United States Attorney, Patrick R. Delahunty and Angela L. Scott, Assistant United States Attorneys, and the defendant, Anthony Lester, by and through his attorney, Marc Days, (collectively, the "Parties") jointly stipulate and agree:

1. Whereas, trial in this matter is currently set for June 14, 2016 at 8:30 am.
2. Whereas, the Parties jointly request that the trial be continued to August 16, 2016 at 8:30 am.
3. Whereas, good cause exists to support the request to the continue the trial, because:
   a. Counsel for the government recently had argument set by the Ninth Circuit, to be held on June 14, 2016 in San Francisco, California, presenting a conflict with the trial date.
   b. Counsel for the defendant has long standing family commitments throughout the month of July.

     c. The government anticipates being able to present its case in 3.5 to 4 court days.

4. Whereas, it is further stipulated that the time between June 14, 2016 and the date a new trial is selected by the Court, shall be excluded under the Speedy Trial Act, Title 18, United States Code, Sections 3161(h)(7)(A) and (h)(7)(B)(iv), in that the ends of justice are served by such exclusion, and the public interest and the interest of the government and the defendant in a speedy trial is outweighed by the need to allow for continuity of counsel and adequate defense preparation considering the factual complexity of the case and the seriousness of the charges involved.

5. Therefore, the Parties agree and jointly stipulate that:

     a. The trial be continued to August 16, 2016 at 8:30 am.

     b. Time shall be excluded between June 14, 2016 and August 16, 2016, or whichever date the Court sets this matter for trial, whichever is later.

Dated:  April 18, 2016

                              /s/ Marc Days
                              MARC. DAYS
                              Attorney for Defendant
                              ANTHONY LESTER


                              BENJAMIN B. WAGNER
                              United States Attorney


                       By: /s/  Patrick R. Delahunty
                              PATRICK R. DELAHUNTY
                              Assistant U.S. Attorney
                              Attorney for the United States

ORDER

The Court, having before it the Parties' stipulation regarding a trial continuance, and having after fully considered the order and prior filings in this case, ORDERS:

1. Good cause exists to continue the trial in this matter to August 16, 2016 at 1:00 pm.
2. The trial confirmation previously set for May 31, 2016, is continued to August 1, 2016, at 10:00 am.
3. That the time between June 14, 2016 and August 16, 2016, shall be excluded under the Speedy Trial Act, Title 18, United States Code, Sections 3161(h)(7)(A) and (h)(7)(B)(iv), in that the ends of justice are served by such exclusion, and the public interest and the interest of the government and the defendant in a speedy trial is outweighed by the need to allow for continuity of counsel and adequate defense preparation considering the factual complexity of the case and the seriousness of the charges involved.

IT IS SO ORDERED.

Dated:   **April 19, 2024**     _Dale A. Drozd_
                                                     UNITED STATES DISTRICT JUDGE