UNITED STATES DISTRICT COURT
FOR THE
EASTERN DISTRICT OF CALIFORNIA
2500 Tulare Street, Room 1501
Fresno, CA 93721



## ORDER AND RECEIPT FOR TRIAL EXHIBITS

CASE NUMBER:    1:14-cr-00236-DAD-BAM

CASE NAME:      USA vs. ANTHONY LESTER

Pursuant to Local Rule 138(f), the Court orders that custody of all exhibits used, referenced and/or admitted at trial be returned to the party who initially marked the exhibit, **irrespective of who used, referenced or admitted the exhibit at trial**.   The parties shall retrieve the original exhibits from the Courtroom Deputy following the verdict in the case.   Joint Exhibits will be returned to Government unless otherwise agreed to by the parties in writing or on the record.

The parties' counsel shall retain possession of and keep safe all exhibits until final judgment and all appeals are exhausted or the time for filing an appeal has passed.

IT IS SO ORDERED.

Dated:   **August 19, 2016**

_____
DISTRICT JUDGE

DATE EXHIBITS RETURNED:   August 19, 2016

Govt Attorneys: Patrick Delahunty and Patrick Sutter

Govt Attorney Signatures: _____

DATE EXHIBITS RETURNED:   August 19, 2016

Deft Attorney: Marc Days

Deft Attorney Signature: _____

This document certifies that the above referenced exhibits were returned.

Date:   August 19, 2016

_____
**RENEE GAUMNITZ**
**Courtroom Clerk**