Marc Days, CA Bar #184098
Days Law Firm
2300 Tulare Street, Suite 240
Fresno, California  93721
Telephone: (559) 708-4844

Attorney for Defendant,
ANTHONY LESTER

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>         Plaintiff,<br><br>    v.<br><br>ANTHONY LESTER<br><br>         Defendant. | Case No.: 14-cr-00236 DAD<br><br>[PROPOSED] ORDER GRANTING DEFENDANT'S APPLICATION FOR SUBPOENA PURSUANT TO FED. R. CRIM. P. 17(c)<br><br>Judge:  Hon. Dale A. Drozd |

The Defendant's Application for a Subpoena Pursuant to Fed. R. Crim. P. 17(c) IS HEREBY GRANTED authorizing issuance of a subpoena for production of items before trial pursuant to Rule 17(c), to the Custodian of Records for Highlands Diversified, Inc. ("Highlands"), 5114 E. Clinton Way, Suite 111, Fresno, CA. 93727 for production, to the Court's chambers no later than October 12, 2016, of the following records:

1) Highlands' physical count adjustment report, for each month, from October 2010 through December 2011;

IT IS SO ORDERED.

    Dated: September        , 2016

                                                              _____
                                                              DALE A. DROZD
                                                              United States District Court Judge