# ATTACHMENT
# A

| | |
|---|---|
| From: | marcdays@dayslawfirm.com |
| To: | ATimken@caed.uscourts.gov |
| Cc: | Delahunty, Patrick (USACAE) |
| Subject: | U.S. v. Lester, case #14-cr-236 |
| Date: | Friday, October 16, 2015 10:14:11 AM |

Morning Ms. Timken,

Would you please advise the Court that the parties have met and conferred and that based on the government's response to the defense motion, there are no outstanding discovery issues. The defense understands, based on the government's response, that it is in compliance with its disclosure obligations.

Thanks,

marc