# ATTACHMENT
# B

HDI dba HIGHLANDS ENERGY SERVICES       ** EMPLOYEE PAYROLL REPORT - DETAIL **                                Page 1
                                                                                                              02/01/13

For Dates: 01/01/10 - 01/01/13

| PAY DATE | HOURS | GROSS | FIT | SOC SEC | MEDICARE | SIT | OST | LIT | PLAN | OTHER | NET PAY | CHECK # |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| EMPLOYEE: 000208 - LESTER SR., ANTHONY ERIC | | | | | SOCIAL SECURITY #: 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 | | | | | | | |
| 11/05/10 | 0.00 | 18750.00 | 2112.52 | 1162.50 | 271.87 | 684.76 | 206.28 | 0.00 | 0.00 | 0.00 | 14312.07 | |
| 11/12/10 | 40.00 | 1442.31 | 166.35 | 89.42 | 20.91 | 54.75 | 15.87 | 0.00 | 0.00 | 0.00 | 1095.01 | 2764 |
| 11/19/10 | 40.00 | 1442.31 | 166.35 | 89.42 | 20.91 | 54.75 | 15.87 | 0.00 | 0.00 | 0.00 | 1095.01 | 2880 |
| 11/26/10 | 40.00 | 1442.31 | 124.23 | 89.42 | 20.91 | 42.26 | 15.87 | 0.00 | 0.00 | 0.00 | 1149.62 | 3125 |
| TOTALS- | 120.00 | 23076.93 | 2569.45 | 1430.76 | 334.60 | 836.52 | 253.89 | 0.00 | 0.00 | 0.00 | 17651.71 | |
| REPORT PERIOD TOTALS- | | | | | | | | | | | | |
| | 120.00 | 23076.93 | 2569.45 | 1430.76 | 334.60 | 836.52 | 253.89 | 0.00 | 0.00 | 0.00 | 17651.71 | |

LESTER - 003697

CENTURY BUILDERS, L.L.C.     ** EMPLOYEE PAYROLL REPORT - DETAIL **     Page 1
02/01/13

For Dates: 01/01/09 - To Date

| PAY DATE | HOURS | GROSS | FIT | SOC SEC | MEDICARE | SIT | OST | LIT | PLAN | OTHER | NET PAY | CHECK # |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| EMPLOYEE: 372 - LESTER, ANTHONY | | | | | SOCIAL SECURITY #: 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 | | | | | | | |
| 11/30/10 | 86.67 | 3750.00 | 354.69 | 232.50 | 54.38 | 117.83 | 41.25 | 0.00 | 0.00 | 0.00 | 2949.35 | 5576 |
| 12/15/10 | 86.67 | 3750.00 | 354.69 | 232.50 | 54.38 | 117.83 | 41.25 | 0.00 | 0.00 | 0.00 | 2949.35 | 5578 |
| 12/31/10 | 70.67 | 3750.00 | 354.69 | 232.50 | 54.38 | 117.83 | 41.25 | 0.00 | 0.00 | 0.00 | 2949.35 | 5596 |
| 12/31/10 | -70.67 | -3750.00 | -354.69 | -232.50 | -54.38 | -117.83 | -41.25 | 0.00 | 0.00 | 0.00 | -2949.35 | 5596 |
| 12/31/10 | 70.67 | 3750.00 | 354.69 | 232.50 | 54.38 | 117.83 | 41.25 | 0.00 | 0.00 | 0.00 | 2949.35 | 5617 |
| 01/28/11 | 40.00 | 1730.77 | 95.96 | 72.69 | 25.10 | 12.37 | 20.77 | 0.00 | 0.00 | 0.00 | 1503.88 | 5628 |
| 01/28/11 | 80.00 | 3461.54 | 355.58 | 145.38 | 50.19 | 120.67 | 41.54 | 0.00 | 0.00 | 0.00 | 2748.18 | 5629 |
| 02/11/11 | 80.00 | 3461.54 | 355.58 | 145.38 | 50.19 | 120.67 | 41.54 | 0.00 | 0.00 | 0.00 | 2748.18 | 5630 |
| 02/28/11 | 86.67 | 3750.00 | 385.21 | 157.50 | 54.38 | 130.73 | 45.00 | 0.00 | 0.00 | 0.00 | 2977.18 | 5631 |
| 03/15/11 | 86.67 | 3750.00 | 385.21 | 157.50 | 54.38 | 130.73 | 45.00 | 0.00 | 0.00 | 0.00 | 2977.18 | 5632 |
| 03/31/11 | 86.67 | 4166.67 | 482.29 | 175.00 | 60.42 | 167.39 | 50.00 | 0.00 | 0.00 | 0.00 | 3231.57 | 5633 |
| 04/15/11 | 86.67 | 4166.67 | 482.29 | 175.00 | 60.42 | 167.39 | 50.00 | 0.00 | 0.00 | 0.00 | 3231.57 | 5634 |
| 04/30/11 | 86.67 | 4166.67 | 482.29 | 175.00 | 60.42 | 167.39 | 50.00 | 0.00 | 0.00 | 0.00 | 3231.57 | 5637 |
| 05/16/11 | 70.67 | 4166.67 | 482.29 | 175.00 | 60.42 | 167.39 | 50.00 | 0.00 | 0.00 | 0.00 | 3231.57 | 5639 |
| 05/31/11 | 86.67 | 4166.67 | 482.29 | 175.00 | 60.42 | 167.39 | 50.00 | 0.00 | 0.00 | 0.00 | 3231.57 | 5641 |
| 06/15/11 | 78.67 | 4166.67 | 482.29 | 175.00 | 60.42 | 167.39 | 50.00 | 0.00 | 0.00 | 0.00 | 3231.57 | 5643 |
| 06/30/11 | 86.67 | 4166.67 | 482.29 | 175.00 | 60.42 | 167.39 | 50.00 | 0.00 | 0.00 | 0.00 | 3231.57 | 5647 |
| 07/15/11 | 78.67 | 4166.67 | 482.29 | 175.00 | 60.42 | 167.39 | 50.00 | 0.00 | 0.00 | 0.00 | 3231.57 | 5649 |
| 08/01/11 | 86.67 | 4166.67 | 482.29 | 175.00 | 60.42 | 167.39 | 50.00 | 0.00 | 0.00 | 0.00 | 3231.57 | 5652 |
| 08/15/11 | 86.67 | 4166.67 | 482.29 | 175.00 | 60.42 | 167.39 | 50.00 | 0.00 | 0.00 | 0.00 | 3231.57 | 5655 |
| 08/31/11 | 86.67 | 4166.67 | 482.29 | 175.00 | 60.42 | 167.39 | 50.00 | 0.00 | 0.00 | 0.00 | 3231.57 | 5657 |
| 09/15/11 | 86.67 | 4166.67 | 482.29 | 175.00 | 60.42 | 167.39 | 50.00 | 0.00 | 0.00 | 0.00 | 3231.57 | 5727 |
| 09/30/11 | 86.67 | 4166.67 | 559.38 | 175.00 | 60.42 | 176.47 | 50.00 | 0.00 | 0.00 | 0.00 | 3145.40 | 5659 |
| 10/15/11 | 86.67 | 4166.67 | 559.38 | 175.00 | 60.42 | 176.47 | 50.00 | 0.00 | 0.00 | 0.00 | 3145.40 | 5661 |
| 10/27/11 | 86.67 | 4166.67 | 559.38 | 175.00 | 60.42 | 176.47 | 50.00 | 0.00 | 0.00 | 0.00 | 3145.40 | 5729 |
| 10/27/11 | 0.00 | 2699.41 | 273.87 | 113.38 | 39.14 | 62.53 | 32.39 | 0.00 | 0.00 | 0.00 | 2178.10 | 5730 |
| 10/27/11 | 0.00 | 4166.67 | 559.38 | 175.00 | 60.42 | 176.47 | 50.00 | 0.00 | 0.00 | 729.00 | 2416.40 | 5732 |
| TOTALS- | 1885.40 | 96769.98 | 10940.48 | 4289.33 | 1403.24 | 3645.75 | 1149.99 | 0.00 | 0.00 | 729.00 | 74612.19 | |
| REPORT PERIOD TOTALS- | | | | | | | | | | | | |
| | 1885.40 | 96769.98 | 10940.48 | 4289.33 | 1403.24 | 3645.75 | 1149.99 | 0.00 | 0.00 | 729.00 | 74612.19 | |