ATTACHMENT
D

```
HDI dba HIGHLANDS ENERGY SERVICES                              Page    1
                    ** BATCH TRANSACTION DETAIL REPORT **      10/25/11
Physical Count Adjustments    Unposted Bat#: 004-969    User: Patti
```

| .#   | TRANSACTION DATE, DOCUMENT/DESCRIPTION | ACCT# | DISTRIBUTION ACCOUNT NAME | D/C | AMOUNT |
|------|----------------------------------------|-------|---------------------------|-----|--------|
| 0001 | 10/25/11  102511 COUNT ADJUSTMENT - VISAL | 125 | Inventory   LOC: 20 | D | 1854.00 |
|      |                                        | 542-4 | Cost of Contracts- Mat' | C | 1854.00 |

INVENTORY DETAIL:

| ITEM # | LOC | COUNTED | ON-HAND | ADJUSTED | UNIT | COST | AMOUNT |
|--------|-----|---------|---------|----------|------|------|--------|
| DTW001 | 20  | 417     | 211     | 206      | EA   | 9.000 | 1854.00 |

```
                                              DEBITS:   1854.00
                                              CREDITS:  1854.00
                                       BATCH BALANCE:      0.00
```

** GENERAL LEDGER ACCOUNT SUMMARY **

| ACCT# | ACCOUNT NAME | DEBITS | CREDITS |
|-------|--------------|--------|---------|
| 125   | INVENTORY    | 1,854.00 |       |
| 542-4 | COST OF CONTRACTS- MAT'L-VISAL |  | 1,854.00 |
| TOTALS: |            | 1,854.00 | 1,854.00 |



COPY

LESTER - 000223