PHILLIP A. TALBERT
Acting United States Attorney
PATRICK R. DELAHUNTY
PATRICK J. SUTER
Assistant United States Attorneys
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for the
 United States of America

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>ANTHONY LESTER,<br><br>　　　　　Defendant. | No. 1:14-CR-00236-DAD-BAM<br><br><u>ORDER FOR FORFEITURE MONEY JUDGMENT</u> |

　　　Based upon the United States' Application for Forfeiture Money Judgment and the guilty verdict entered by the Jury against defendant Anthony Lester,

　　　IT IS HEREBY ORDERED that

　　　1.　　The defendant Anthony Lester shall forfeit to the United States the sum of $306,319.88 and that the Court imposes a personal forfeiture money judgment against defendant in that amount.

　　　2.　　Any funds applied towards such judgment shall be forfeited to the United States of America and disposed of as provided for by law.  Prior to the implementation of sentence, any funds delivered to the United States to satisfy the personal money judgment shall be seized and held by the Department of Homeland Security, Customs and Border Protection, in its secure custody and control.

/////

Order for Forfeiture Money Judgment　　　　　1

3. This Order of Forfeiture shall become final as to the defendant at the time of sentencing, and shall be made part of the sentence and included in the judgment.

4. The United States may, at any time, move pursuant to Rule 32.2(e) to amend this Order of Forfeiture to substitute property having a value not to exceed $306,319.88 to satisfy the money judgment in whole or in part.

IT IS SO ORDERED.

Dated: **October 24, 2016**

UNITED STATES DISTRICT JUDGE