PHILLIP A. TALBERT
United States Attorney
PATRICK J. SUTER
HENRY Z. CARBAJAL III
Assistant United States Attorneys
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for the
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>ANTHONY LESTER,<br><br>    Defendant. | CASE NO. 1:14-cr-00236-DAD-BAM<br><br>**STIPULATION AND ORDER TO RE-SET SURRENDER DATE**<br><br>JUDGE: Hon. Dale A. Drozd |

**STIPULATION**

The United States of America, by and through its counsel of record, and defendant, by and through his counsel of record, hereby stipulate as follows:

1.   On November 14, 2016, the defendant was sentenced by the Court to a term of imprisonment and supervised release, following his conviction at trial on two counts of mail fraud (18 U.S.C. § 1341) and five counts of money laundering (18 U.S.C. § 1956(a)(1)(B)(i)).

2.   The defendant was ordered to self-surrender not later than 2:00 p.m. on December 28, 2016, to the institution designated by the Bureau of Prisons or if no such designation had been made to the custody of the United States Marshal Service located in the Eastern District of California, Fresno.

///

3. On November 21, 2016, defendant filed a motion to remain released on bail pending appeal. That motion was denied by the Court on December 5, 2016. The defendant appealed that order. The Court of Appeals denied defendant's appeal on February 3, 2017.

4. By this stipulation, the parties agree, subject to the Court's approval, defendant shall self-surrender on March 17, 2017, at 2:00 p.m. The defendant shall self-surrender to the institution designated by the Bureau of Prisons or if no such designation has been made to the custody of the United States Marshal Service located in the Eastern District of California, Fresno.

IT IS SO STIPULATED.

DATED: March 3, 2017

/s/ Patrick J. Suter
PATRICK J. SUTER
Assistant United States Attorney

DATED: March 3, 2017

/s/ Lisa Sciandra
LISA SCIANDRA
Counsel for Defendant
ANTHONY LESTER

O R D E R

Anthony Lester shall self-surrender not later than 2:00 p.m. on March 17, 2017, to the institution designated by the Bureau of Prisons or if no such designation had been made to the custody of the United States Marshal Service located in the Eastern District of California, Fresno.

IT IS SO ORDERED.

Dated: **March 3, 2017**

_Dale A. Drozd_
UNITED STATES DISTRICT JUDGE